UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MAINE SCHOOL ADMINISTRATIVE DISTRICT NO. 56, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil No. 06-81-B-W |
| MS. W, on her own behalf and on behalf of her son, KS, | ) ) ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 27, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the hearing officer's determination that the District failed to provide KS with a FAPE during the fifth and sixth grade as well as her determinations that the Come Spring School was a proper private placement that the District should provide partial tuition reimbursement for be and hereby is AFFIRMED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2007.