UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MAINE SCHOOL ADMINISTRATIVE DISTRICT NO. 56, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 06-81-B-W |
| MS. W, on her own behalf and on behalf of her son, KS, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed July 16, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that attorney's fees are awarded to the Defendants in the amount of $34,276.00 and costs in the amount of $509.66.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2007